IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 04-1240C |
| | ) | (Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven J. Gillingham as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: August 12, 2004

s/Steven J. Gillingham
Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-2311
Telecopier: (202) 353-7988

CERTIFICATE OF FILING

I hereby certify that on August 12, 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham