# In the United States Court of Federal Claims

No. 04-1240 C
(Filed: October 1, 2004)

***********************************
**SHELL OIL COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

In response to Defendant's Unopposed Motion to Stay, the Court GRANTS the motion and ORDERS that further proceedings in this case are stayed pending the Court of Appeals for the Federal Circuit's decision in *Tesoro Hawaii Corp., Tesoro Alaska Co., and Hermes Consolodated, Inc. v. United States* (CAFC 04-5064). Parties shall file a Joint Status Report with this Court within ten days of the issuance of an opinion in *Tesoro*.

S/ Edward J. Damich
Edward J. Damich
Chief Judge