IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 04-1240C |
| | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR LEAVE TO FILE STATUS REPORT AND STATUS REPORT

The parties respectfully request that the Court permit the parties to file this status report. The Court's order of October 1, 2004 directed the parties to file a status reports within 14 days of the court's decision in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064 (Fed. Cir. April 26, 2005). This case is one of approximately 30 cases affected by that decision. Almost all are handled by the law firm that is handling the Tesoro appeal, which has advised defendant that Tesoro intends to petition the appellate court for rehearing. Thereafter, upon behalf of the parties, that firm filed approximately 27 status reports in this Court, in which orders to report had been issued. Defendant's counsel (also assigned to handle those cases) overlooked the fact that one such case was not handled by that firm and failed to instigate a report in this case. During the week that the parties should have filed this report, defendant's counsel was in trial in California. Following his return, he reviewed the status of each of his pending 28 jet fuel cases and learned of this oversight. The parties apologize for this oversight and respectfully offer this status report.

Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), a petition for rehearing must be filed within 45 days after entry of judgment. In a score of reports to this Court, counsel for Tesoro

has indicated that Tesoro will file such a petition. Thus, the decision reached by the court of appeals concerning the legality of the contracts at issue may not be the final word on an issue that may affect the viability of the complaint in this case. Accordingly, the parties respectfully request that the Court continue the stay of proceedings in this case, until any proceedings in connection with a petition for rehearing have been concluded.

The parties respectfully propose to file a status report concerning further proceedings in this case, according to the timetable set forth in the vast majority of the other cases that have issued such orders, i.e., to file the report within 14 days after the conclusion of any rehearing proceedings, or if no petition for rehearing is filed, within 14 days after the time to file a petition for rehearing has expired. See, e.g., Hermes v. United States, No. 02-1460C (Order of May 13, 2005).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Michael Robert Charness
MICHAEL ROBERT CHARNESS
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004-1008
(202) 639-6500
Facsimile: (202) 639-6604

Attorney for Plaintiff

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 6, 2005, a copy of the foregoing "JOINT MOTION FOR LEAVE TO FILE STATUS REPORT AND STATUS REPORT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham