IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br><br>Plaintiff,<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1240C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of seven days, from October 4, 2005, to October 11, 2005, within which to file the joint status report. Plaintiff does not oppose this request. This is our first request for an enlargement for this purpose.

The parties have exchanged ideas concerning how they wish to proceed, and plaintiff has informed defendant that it will file a motion to stay this case. Defendant does not oppose that motion. In the joint status report, however, the parties intended to propose separate scheduling alternatives, should the Court decide not to grant the stay motion -- and the reasons for those alternatives. That involves an iterative process of responding and replying to arguments, which is continuing. The process also is influenced by hearings being held, and schedules being established in similar cases.

To advance the discussion, last night, plaintiff sent defendant a draft status report. However, because, among other things, defendant’s counsel has just yesterday returned to work from three months of active military service overseas, and because the primary agency contacts this week are out of the office due to travel and religious holidays, we do not expect to be able to file a final document today. We request an additional seven days because of counsel’s

preexisting commitments in other cases pending before this Court, including Rocky Mountain v. United States (settlement negotiations), Flint Hills v. United States (hearing); and Barrett v. United States (status report).

For these reasons, defendant respectfully requests an enlargement of time of seven calendar days, from October 4, 2005, to and including October 11, 2005, within which to file the parties' status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

October 4, 2005

CERTIFICATE OF FILING

I hereby certify that on October 4, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham