Before the
United States Court of Federal Claims
Washington, D.C.

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 04-1240C<br>Chief Judge Damich |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS**
**PENDING RESOLUTION OF COMPANION CASES**

Plaintiff, Shell Oil Company ("Plaintiff" or "Shell") requests that the Court suspend the current pretrial/trial schedule pending resolution of similarly situated cases including, but not limited to, *Tesoro Hawaii Corp. v. United States*, 405 F.3d 1339, *petition for reh'g en banc denied*, No. 04-5064 (Fed. Cir. Aug. 22, 2005) and *Sunoco, Inc. and Puerto Rico Sun Oil Co. v. United States*, No. 02-466C.

Counsel for Plaintiff has conferred with counsel for the Government, who have indicated that they have no objection to this stay request.

## I. The Previous Stay

On October 1, 2004, this Court issued a stay in this case pending the resolution of an appeal to the United States Court of Appeals for the Federal Circuit in the similarly situated *Tesoro* case. This Court also stayed proceedings in the similarly situated *Sunoco* case.

On April 26, 2005, the Federal Circuit issued a ruling in the *Tesoro* case, reversing the Court of Federal Claims, and holding that the Defense Energy Support Center ("DESC") was

authorized under the Federal Acquisition Regulation to use the Petroleum Marketing Monthly ("PMM") based EPA clause. 405 F.3d at 1349. A petition for rehearing *en banc* was subsequently denied on August 22, 2005. Accordingly, this Court issued an Order on September 20, 2005, lifting the stay that had been previously granted in this case. For the reasons stated below, Plaintiff requests that the Court issue an Order granting a new stay in this case.

## II. **Newly Obtained Evidence in the *Sunoco* Case**

On September 12, 2005, Sunoco, Inc. and Puerto Rico Sun Oil Co., plaintiffs in the *Sunoco* case, filed a joint status report with the Court of Federal Claims. In the status report, the plaintiffs in that case indicated that during the stay period, they had obtained additional evidence which established that "DESC set military fuel [prices] knowing that its prices did not reflect at least fair market value and were not fair and reasonable." (Tab 1, Sunoco Status Report at 4.) This evidence includes (1) a DESC assessment that PMM was "as much as one or two cents per gallon out of step" with market references; (2) a DESC study which concluded that PMM "did not ensure that the prices DESC paid its suppliers for military fuel reflected at least fair market value"; (3) a DESC admission "that its use of PMM had distorted military fuel prices materially"; and (4) "a DOE report [which] admits that PMM differed by as much as nineteen percent from comparable prices published by the Bureau of Labor Statistics." (*Id*.)

As a result of this new evidence, Sunoco, Inc. and Puerto Rico Sun Oil Co. indicated in the status report that they intend to file an Amended Complaint incorporating this new evidence into the existing seven counts against the Government. (*Id*. at 2.) Shell has also been informed that all of the plaintiffs in the *Tesoro* case intend to amend their complaints, as will plaintiffs in other similarly situated cases.

## III. Reasons for Requesting a Stay

Plaintiff requests this stay in the interest of judicial economy and in the interest of avoiding unnecessary expense to all parties involved. If the instant case were to proceed, Shell would be obliged to amend its complaint to incorporate the newly obtained evidence cited above and, depending on the outcome of the *Sunoco* case, to re-try its case. However, if the Court were to grant the motion to stay, it would eliminate the potential for needless expenditure of time and resources and promote the just, speedy, and inexpensive resolution of the issues in this case. As indicated above, Plaintiff has discussed this motion with counsel for the Government, who have indicated that they have no objection to a motion to stay the proceedings.

## IV. Conclusion

For all of the foregoing reasons, Shell requests that its motion to stay the proceedings be granted.

Respectfully submitted,

s/Michael R. Charness

Michael R. Charness
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004-1008
(202) 639-6780 (Phone)
(202) 639-6604 (Fax)

Counsel for Shell Oil, Inc.

Dated: October 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing paper was served by U.S. mail this 12th day of October 2005, on the following counsel of record:

Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor,
1100 L St., N.W.
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

s/Michael R. Charness
Michael R. Charness

Before the
United States Court of Federal Claims
Washington, D.C.

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-1240C<br>Chief Judge Damich |

**ORDER**

On October 12, 2005, Plaintiff Shell Oil Company filed a Motion to Stay Proceedings Pending Resolution Of Companion Cases *Tesoro Hawaii Corp. v. United States*, 405 F.3d 1339, *petition for reh'g en banc denied*, No. 04-5064 (Fed. Cir. Aug. 22, 2005) and *Sunoco, Inc. and Puerto Rico Sun Oil Co. v. United States*, No. 02-466C. In response, Defendant United States has indicated that it has no objection to the Motion to Stay Proceedings. Therefore, and upon careful consideration, this Court has decided to grant the Motion.

____________________________

EDWARD J. DAMICH
Chief Judge