# In the United States Court of Federal Claims

No. 04-1240 C
(Filed: March 13, 2006)

| | |
|---|---|
| **SHELL OIL COMPANY,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On November 15, 2006, this case was stayed pending the resolution of either *Sunoco, Inc. v. United States*, No. 02-466, or *Chevron U.S.A., Inc. v. United States*, No. 03-288. The Parties were ordered to file a JSR within 14 days after the resolution of either case. On March 7, 2006, however, *Sunoco* was reassigned to Judge Block.

The November 15, 2006, order is modified as follows: This case is stayed only pending the resolution of *Chevron U.S.A., Inc. v. United States*, No. 03-288. At that time, the Court will lift the stay and issue an order directing the Parties on how to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge