# In the United States Court of Federal Claims

No. 04-1240 C
(Filed: September 27, 2007)

```
**********************************
SHELL OIL COMPANY,                *
                                  *
              Plaintiff,          *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
***********************************
```

**ORDER**

A joint status report concerning how the parties in this case propose to proceed given the the Federal Circuit's *ConocoPhillips* decision, filed on September 21, 2007, shall be filed on or by 5:00 p.m. on Monday, October 22, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge