IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 04-1240C |
| | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, defendant respectfully submits this status report upon behalf of the parties. Plaintiff's counsel has read and concurs in this report.

On September 21, 2007, the United States Court of Appeals for the Federal Circuit issued a decision in the consolidated appeals of ConocoPhillips v. United States, No. 2007-5004 (Fed. Cir.), and La Gloria Oil and Gas Company v. United States, No. 2007-5010 (Fed. Cir.). ConocoPhillips v. United States, 2007 U.S. App. LEXIS 22508 (Fed. Cir. Sept. 21, 2007.) On September 28, 2007, the Federal Circuit issued Tesoro Hawaii Corp. v. United States, 2007 U.S. App. LEXIS 22887 (Fed. Cir. Sept. 28, 2007), a similarly-situated appeal.

Defendant's counsel is discussing with the affected agency how to proceed in the approximately 25 similar "jet fuel" cases pending before this Court. As part of that effort, he is participating in a variety of conferences with a variety of plaintiffs' attorneys and the Court concerning how to proceed. Most cases are handled by one attorney (not the plaintiff's here) and how his clients decide to proceed likely will have an effect upon how the litigation is ultimately resolved. Indeed, this case has been stayed largely while those other cases, including ConocoPhillips v. United States, proceeded.

In this case, the parties believe that ConocoPhillips simplifies this Court's responsibility;

however, it did not explicitly foreclose every claim contained in the Shell complaint. Nonetheless, given the great similarity of the complaints in this case and that one, defendant is inclined to proceed as it did in ConocoPhillips, and move for summary judgment upon the basis of the holding in ConocoPhillips. We understand that plaintiff is still considering how to proceed and that plaintiffs' counsel will be out of the country until October 30, 2007, but expects to be in a position to report plaintiff's position shortly after his return.

For these reasons, defendant respectfully request that the parties be permitted to confer further and file a status report with the Court on or before November 5, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

October 18, 2007

CERTIFICATE OF FILING

I hereby certify that on October 18, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham