# In the United States Court of Federal Claims

No. 04-1240 C
(Filed: December 10, 2007)

**********************************
**SHELL OIL COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

A joint status report concerning how the parties in this case propose to proceed given the the Federal Circuit's *ConocoPhillips* decision, filed on September 21, 2007, shall be filed on or by 5:00 p.m. on Thursday, January 31, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge