IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 04-1240C |
| | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STATUS REPORT

Pursuant to the Court's order, Plaintiff respectfully submits this status report. This status report was discussed with Defendant's counsel, and was filed with his understanding.

Plaintiff intends to pursue settlement discussions with the Government in the ensuing weeks and hopes to resolve this matter amicably in the very near future.

Respectfully submitted,

/s/ Michael R. Charness
Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640

ATTORNEYS FOR SHELL OIL COMPANY

January 30, 2008

CERTIFICATE OF FILING

I hereby certify that on January 30, 2008 a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael R. Charness
Michael R. Charness