# In the United States Court of Federal Claims

No. 04-1240 C
(Filed: February 4, 2008)

```
***********************************
SHELL OIL COMPANY,               *
                                 *
              Plaintiff,         *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
***********************************
```

**SUPPLEMENTAL STATUS REPORT ORDER**

The Court has received the parties' Joint Status Report of January 30, 2008 and acknowledges their stated intent to pursue settlement discussions. Nonetheless, the Court believes that more extensive information as to the parties' plans in regard to this case is required in order to more effectively plan for any contingencies that may arise.

On September 27, 2007, this Court ordered the parties to file a joint status report explaining how the parties proposed to proceed with this case in view of the decision by the United States Court of Appeals for the Federal Circuit in the consolidated appeals of *ConocoPhillips, Inc. v. United States*, No. 2007-5004 (Fed. Cir.) and *La Gloria Oil and Gas Company v. United States*, No. 2007-5010 (Fed. Cir.). *See ConocoPhillips, Inc. v. United States v. United States*, 501 F.3d 1374 (Fed. Cir. 2007). The parties have since provided few details about their intentions. The joint status report filed in response to the Court's order simply noted that "Defendant's counsel [was] discussing with the affected agency how to proceed" and that Defendant expected to move for summary judgment, while plaintiff's counsel expected "to be in a position to report plaintiff's position" after returning from an overseas trip. Joint Status Report at 1-2 (Oct. 18, 2007). The second report perfunctorily stated that Plaintiff's counsel was "still waiting to hear back" from its client and expected an answer "in the very near future." Joint Status Report (Nov. 5, 2007). And, in the report filed on January 30, 2008, the parties were equally indefinite, merely stating that "Plaintiff intends to pursue settlement discussions with the Government in the ensuing weeks and hopes to resolve this matter amicably in the very near future." Joint Status Report (Jan. 30, 2008).

The Court reminds the parties of its reluctance to have inactive cases clog its docket over the course of months, or even years, thereby wasting judicial resources. For that reason, the

Court believes that the parties in this action need to be more specific about their plans, even though any serious attempt at settlement is enthusiastically encouraged.

The Court, therefore, ORDERS the parties to file another joint status report discussing the following in extensive detail:

1. Progress of settlement discussions, with specific dates and locations of meetings and the results thereof, or the dates and locations of planned meetings, along with any information as to what representatives of the parties attended;

2. Specific examples of the exchange of documents significant to settlement negotiations;

3. A specific time frame for any further deferment of proceedings in this case in order to accommodate settlement discussions;

4. The parties' current views of how the Federal Circuit's *ConocoPhillips* decision affects material issues of law and fact in this case;

5. A very brief overview of differences in factual or legal issues involved in this case and the two other "jet fuel" cases that were pending before this Court that have since been dismissed at the request of the parties in those cases (e.g. *Marathon Ashland v. United States*, No. 02-1218 C; *Chevron U.S.A., Inc. v. United States*, No. 03-288 C).

The parties may set forth separate views on any point on which they cannot agree and shall file the joint status report with this Court on or before **Monday, March 3, 2008.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge