IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 04-1240C |
| | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL STATUS REPORT

Plaintiff and Defendant, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend to March 17, 2008 their deadline to file their Supplemental Status Report. The current deadline to file is Monday, March 3, 2008.

It is in the interests of judicial economy for the Court to grant this request. Both parties are actively engaged in resolving this case. Plaintiff wants to resolve this matter and is studying Defendant's proposed settlement terms. Plaintiff needs the additional two weeks in order to secure internal approval for a settlement.

Respectfully submitted,

/s/ Steven J. Gillingham
Steven J. Gillingham
U. S. Department of Justice
Civil Div. - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Tel: (202) 616-2311
Fax: (202) 353-7988

ATTORNEY FOR THE UNITED STATES

/s/ Michael R. Charness
Michael R. Charness
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Tel: (202) 639-6780
Fax: (202) 639-6604

ATTORNEYS FOR SHELL OIL COMPANY

CERTIFICATE OF FILING

I hereby certify that on this 29th day of February, 2008 the foregoing Joint Motion for Extension of Time to File Supplemental Status Report was filed using the Court's CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Michael R. Charness
Michael R. Charness