THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1240C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Order issued by this Court on February 4, 2008, Plaintiff, Shell Oil Company ("Plaintiff" or "Shell") respectfully submits the following Joint Status Report, to which Defendant, the United States ("United States" or the "Government"), concurs, discussing the specific elements for which the Court has requested further details:

1. "Progress of settlement discussions, with specific dates and locations of meetings and the results thereof, or the dates and locations of planned meetings, along with any information as to what representatives of the parties attended."

The Government furnished Shell with a draft settlement agreement. Shell has reviewed that draft and, on March 12, provided the Government with some proposed revisions to the settlement language. Shell does not believe that its proposed revisions were extensive or would present an obstacle to settlement. The Government has provided its comments to Shell's response this day, and Shell does not believe that the Government's comments will present any obstacle to settlement. Counsel for Shell has forwarded the Government's comments to its client today. We believe that settlement negotiations may be completed by email and telephone and will not require a face-to-face meeting.

2. "Specific examples of the exchange of documents significant to settlement negotiations"

The only document significant to settlement is the settlement agreement itself.

3. “A specific time frame for any further deferment of proceedings in this case in order to accommodate settlement discussions.”

We are hopeful that we will reach agreement on the terms of the settlement agreement no later than the end of March.

4. “The parties’ current views of how the Federal Circuit’s *ConocoPhillips* decision affects material issues of law and fact in this case”

The parties agree that the Federal Circuit's decision in *ConocoPhillips* addresses and resolves any issues pending in this litigation.

5. “A very brief overview of differences in factual or legal issues involved in this case and the two other "jet fuel" cases that were pending before this Court that have since been dismissed at the request of the parties in those cases (e.g. *Marathon Ashland v. United States*, No. 02-1218 C; *Chevron U.S.A., Inc. v. United States*, No. 03-288 C).”

There are no substantive differences in legal issues involved in this case. The factual issues may differ to the extent that the terms of the various contracts differ somewhat in prices, quantities and duration.

Respectfully submitted,

/s/ Michael R. Charness

Michael R. Charness
Vinson & Elkins, L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, Suite 600
Washington, DC 20004
Tel: (202) 639-6780
Fax: (202) 639-6604

ATTORNEYS FOR SHELL OIL COMPANY

CERTIFICATE OF FILING

I hereby certify that on March 17, 2008 a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael R. Charness
Michael R. Charness