IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:04-cv-1240 |
| | ) | Chief Judge Damich |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Order issued by this Court on March 26, 2008, Plaintiff, Shell Oil Company ("Plaintiff") respectfully submits the following Joint Status Report, to which Defendant, the United States, concurs:

The parties have reached agreement over the terms of a settlement regarding the above captioned litigation. All that remains is the signature of their respective clients. We hope to have the settlement agreement signed in the next week, and we will be filing a joint stipulation of dismissal together with a copy of the signed settlement agreement. Counsel for Defendant has consented to having counsel for Plaintiff file this Status Report on both parties' behalf.

Respectfully submitted,

/s/ Michael R. Charness

Michael R. Charness
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 639-6780
Fax: (202) 639-6604

Attorney for Shell Oil Company

CERTIFICATE OF FILING

I hereby certify that on April 17, 2008 a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael R. Charness

Michael R. Charness