## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY., Plaintiff, | ) | No. 1:04-cv–1240C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, the parties jointly stipulate to the dismissal, with prejudice, of this action, each party to bear its own costs and attorney fees.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

Jeanne E. Davidson

JEANNE E. DAVIDSON
Director and Authorized Representative
of the Attorney General

Steven J. Gillingham
by Reginald T. Blades, Jr.

STEVEN J. GILLINGHAM
Assistant Director
Department of Justice
Civil Division
1100 L St., N.W.
Washington, D.C., 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Of Counsel:

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center
Richmond

Attorneys for the United States

MICHAEL R. CHARNESS
Vinson & Elkins
1455 Pennsylvania Avenue, NW, Ste. 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6604

Attorney for Shell Oil Company

May 14, 2008